| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on August 12, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 12-33847-VFP<br><br>Chapter: 13<br><br>Hearing Date: August 6, 2020<br><br>Judge: Vincent F. Papalia |
| **In Re:**<br><br>Deborah Marie Ford,<br>    Debtor. | |

# ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: August 12, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Page 2**

Debtor(s): Deborah Marie Ford
Case No.: 12-33847-VFP
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**
_____

   The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

 (1) Proof of Claim filed on October 3, 2012 as Claim Number 1-1 on the Claims Register.

   ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

   ORDERED that pursuant to D.N.J. LBR 9037-1(d), a redacted version of the document shall be filed by the Court and made available for viewing by the public.

   ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry